People v. Bowman Dairy Co., 191 Ill. App. 203.

# The People of the State of Illinois, Appellee, v. Bowman Dairy Company, Appellant.

## Gen. No. 20,803. ˙ (Not to be reported in full.)

·˙Appeal from the County Court of Cook county; Hon. JOHN E. OWENS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Appeal dismissed. Opinion filed January 26, 1915.

## Statement of the Case.

Prosecution by the People of the State of Illinois against Bowman Dairy Company, a corporation. To reverse a judgment of guilty, defendant appeals.

. MONTGOMERY, HART, SMITH & STEERE, for appellant.

MACLAY HOYNE, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

CRIMINAL LAW, § 487*—*when appeal will be dismissed.* On appeal from a judgment in a criminal case, the appeal may be dismissed on appellee's motion, where the case is one in which no appeal lies and there having been no joinder in error or the equivalent thereof.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.